United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danitsa Paulino  
      Debtor

Case No. 20-11531-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD    Page 1 of 1    Date Rcvd: Jul 14, 2020  
                   Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.  
db           +Danitsa Paulino,   2349 S. Filbert Street,   Allentown, PA 18103-5935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:  
         CHARLES LAPUTKA   on behalf of Debtor Danitsa Paulino claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         LYNN E. FELDMAN   trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com  
         REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder bkgroup@kmllawgroup.com  
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                      TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Danitsa Paulino  : Case No. 20−11531−pmm
      Debtor(s)

### ORDER
_____

AND NOW, this day , 14th of July 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court